Vernon L. Patterson, Appellant, v. Jack Nick and Broadway Buick Sales Corporation, Appellees.

Gen. No. 47,256.

First District, Second Division.

April 29, 1958.

Released for publication May 21, 1958.

Dennis J. Hogan, for plaintiff-appellant; Rosengard, Hecht & Kupeck, for appellees. Opinion by JUSTICE MURPHY. Not to be published in full.